**No. 68852.**—Amerlux Steel Products Corporation *v.* United States, protest 63/469 (Savannah).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of galvanized wire fencing composed of wire, not over twenty one-hundredths and not under eight one-hundredths of an inch in diameter, the claim of the plaintiff was sustained.

**No. 68853.**—Curtis Coleman Company *v.* United States, protests 62/19326, etc. (San Juan).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff was sustained.